CHARLES C. P. CLARK, Respondent, *v.* NELSON ROBINSON et al.,
Appellants.

(Argued March 27, 1889; decided April 23, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made April 20, 1886, which affirmed a judgment in favor of
plaintiff, entered upon a decision of the court on trial without
a jury.

*Thomas Thacher* for appellants.

*George T. Clark* for respondent.

Agree to affirm ; no opinion.
All concur, except FOLLETT, Ch. J., not sitting.
Judgment affirmed.